```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 21638
   ROBERT SHARP
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER


          Debtor
   SSN XXX-XX-3045

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/16/2007 and was confirmed 02/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING CURRENT MORTG           .00              .00            .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE      29233.60              .00            .00
AMERIMARK BANK           UNSEC W/INTER NOT FILED                  .00            .00
HOMECOMINGS FINANCIAL    SECURED NOT I NOT FILED                  .00            .00
RESIDENTIAL CREDIT SLT   SECURED NOT I NOT FILED                  .00            .00
CITY OF NORTHLAKE        SECURED             213.00               .00          17.75
COOK COUNTY TREASURER    SECURED                .00               .00            .00
COOK COUNTY TREASURER    SECURED                .00               .00            .00
ACTIVE CREDIT SERVICES   UNSEC W/INTER NOT FILED                  .00            .00
CHECK RECOVERY SYSTEM    UNSEC W/INTER NOT FILED                  .00            .00
COMMONWEALTH EDISON      UNSEC W/INTER NOT FILED                  .00            .00
DEPENDON COLLECTION      UNSEC W/INTER NOT FILED                  .00            .00
FINANCIAL CORPORATION OF UNSEC W/INTER NOT FILED                  .00            .00
HARVARD COLLECTION       UNSEC W/INTER NOT FILED                  .00            .00
GRAND DENTAL LLC         UNSEC W/INTER     162.79                 .00            .00
ILLINOIS COLLECTION SE   UNSEC W/INTER NOT FILED                  .00            .00
ILLINOIS COLLECTION SE   UNSEC W/INTER NOT FILED                  .00            .00
ILLINOIS COLLECTION SE   UNSEC W/INTER NOT FILED                  .00            .00
OAK PARK DENTAL          UNSEC W/INTER     200.00                 .00            .00
KCA FINANCIAL SERVICES   UNSEC W/INTER NOT FILED                  .00            .00
MEDICAL BUSINESS BUREAU  UNSEC W/INTER NOT FILED                  .00            .00
MERCHANTS CR             UNSEC W/INTER NOT FILED                  .00            .00
MERCHANTS CR             UNSEC W/INTER NOT FILED                  .00            .00
NICOR                    UNSEC W/INTER NOT FILED                  .00            .00
NORTHWEST COLLECTORS     UNSEC W/INTER NOT FILED                  .00            .00
PELLETTIERI & ASSOC      UNSEC W/INTER NOT FILED                  .00            .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER     598.83                 .00            .00
RMI/MCSI                 UNSEC W/INTER NOT FILED                  .00            .00
RMI/MCSI                 UNSEC W/INTER NOT FILED                  .00            .00
RMI/MCSI                 UNSEC W/INTER NOT FILED                  .00            .00
RMI/MCSI                 UNSEC W/INTER NOT FILED                  .00            .00
CITY OF NORTHLAKE        UNSEC W/INTER     350.00                 .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 21638 ROBERT SHARP
```

```
SYNCOM                     UNSEC W/INTER NOT FILED               .00              .00
UNITED REVENUE CORP        UNSEC W/INTER NOT FILED               .00              .00
VANRU CREDIT               UNSEC W/INTER NOT FILED               .00              .00
VANRU CREDIT               UNSEC W/INTER NOT FILED               .00              .00
INTERNAL REVENUE SERVICE   PRIORITY      NOT FILED               .00              .00
NORTHWESTERN MEDICAL FAC   UNSEC W/INTER   2969.32               .00              .00
BENNIE W FERNANDEZ         DEBTOR ATTY     2,873.00                         2,505.77
TOM VAUGHN                 TRUSTEE                                            219.44
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              2,742.96

PRIORITY                                       .00
SECURED                                      17.75
UNSECURED                                      .00
ADMINISTRATIVE                            2,505.77
TRUSTEE COMPENSATION                        219.44
DEBTOR REFUND                                  .00
                     ---------------   ---------------
TOTALS               2,742.96             2,742.96
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 09/24/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                          PAGE   2
            CASE NO. 07 B 21638 ROBERT SHARP